**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00126-CV**
_____

**IN THE MATTER OF THE MARRIAGE OF ANTONIO ARTEAGA AND
MARLA ARTEAGA**

**On Appeal from the 507th District Court
Harris County, Texas
Trial Cause No. 2019-54916**

**MEMORANDUM OPINION**

Appellant Antonio Arteaga filed a notice of appeal from a final decree of divorce signed on February 10, 2021. On May 25, 2021, we sent a letter to the parties warning that the appeal would be dismissed for want of prosecution unless Appellant paid the filing fee. On June 11, 2021, we notified the parties that the clerk's record had not been filed due to Appellant's failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record. Neither of the parties filed a response.

1

Accordingly, the appeal is dismissed for want of prosecution.[1] *See* Tex. R. App. P.

37.3(b); *see also* Tex. R. App. P. 42.3(b), (c).

APPEAL DISMISSED.

PER CURIAM

Submitted on August 11, 2021
Opinion Delivered August 12, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.

---

[1] This case was transferred to this Court from the Fourteenth Court of Appeals in Houston, Texas, pursuant to a docket equalization order. See Tex. Gov't Code Ann. § 73.001.